**AFFINITY LABS OF TEXAS, LLC, Appellant**

v.

**SAMSUNG ELECTRONICS CO., LTD., Samsung Electronics America, Inc., Appellees**

2016-2022
2016-2023
2016-2024

United States Court of Appeals, Federal Circuit.

March 17, 2017

RYAN MICHAEL SCHULTZ, Robins Kaplan LLP, Minneapolis, MN, argued for appellant. Also represented by EMILY ELIZABETH NILES.

DOUGLAS HALLWARD-DRIEMEIER, Ropes & Gray LLP, Washington, DC, argued for appellees. Also represented by JON STEVEN BAUGHMAN; GABRIELLE E. HIGGINS, KATHRYN HONG, East Palo Alto, CA.

(Prost, Chief Judge, Mayer and Moore, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**